■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS SEARCY, Appellant.— Judgment reversed and a new trial ordered upon the ground that the alleged robbery was not established beyond a reasonable doubt. No opinion. Concur — Botein, J. P., Rabin, Frank and Bergan, JJ.; Valente, J., dissents and votes to reverse and dismiss, as a matter of law, upon the ground of insufficiency of evidence.

■ In the Matter of THEODORE MALMUD, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON WASSERBERGER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, J. P., Cox, Frank and Bergan, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. MORTON MERMELSTEIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Cox, Frank, Valente and Bergan, JJ.

■ RAYCARR SALES CORPORATION, Respondent-Appellant, v. HERMAN RYNVELD'S SON CORPORATION, Appellant-Respondent. HERMAN RYNVELD'S SON CORPORATION, Appellant-Respondent, v. RAYCARR SALES CORPORATION et al., Respondents-Appellants.— Order unanimously reversed on the defendant's appeal and the plaintiff's motion to dismiss the counterclaim denied. There are issues of fact raised by the pleadings as to whether plaintiff exercised his best efforts to promote sales of defendant's product to the customers listed in the agreement and to other accounts in the trade to the extent required by the said agreement. Plaintiff's appeal from that part of the order granting leave to replead, having become academic, is dismissed. Settle order on notice. Concur — Botein, J. P., Cox, Valente and Bergan, JJ.

■ NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION INSURANCE FUND et al., on Behalf of Themselves and All Other Owners and Holders of Group Insurance Policies, Similarly Situated, Appellants, et al., Plaintiffs, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Respondents, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Cox, Frank, Valente and Bergan, JJ. [1 Misc 2d 245.]

■ FRIEDA PINE et al., Respondents, v. HYED REALTY CORP., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Cox, Frank, Valente and Bergan, JJ. [See post, p. 1007.]

■ IDA BERRY, Appellant, v. FRANKLIN GLASS CORPORATION, Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Cox, Frank, Valente and Bergan, JJ.